UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TEDDY ASHCRAFT, )
)
          Petitioner, )
)
vs. )
BRIAN SMITH, ) No. 1:13-cv-1807-TWP-DML
)
          Respondent. )

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Teddy Ashcraft. Ashcraft's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 04/25/2014

Laura Briggs, Clerk of Court

By: _____
    Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

TEDDY ASHCRAFT
993581
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168

Electronically Registered Counsel